37089. GORDON v. GORDON et al.

The judgment is affirmed without opinion under Rule 59.
*All the Justices concur, except Jordan, C. J., who concurs in the judgment only.*

DECIDED APRIL 21, 1981.

*Troutman, Sanders, Lockerman & Ashmore, Dale M. Schwartz,* for appellant.
*H. Fielder Martin, Michael M. Sherry, J. C. Rary,* for appellees.